AO 442 (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

SOUTHERN District of MISSISSIPPI

UNITED STATES OF AMERICA

V.

CURTIS MILLER

**WARRANT FOR ARREST**

Case Number: 1:00cr40WJG-JMR-02

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Curtis Miller__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of court

☐ Pretrial Release Violation Petition ☐ Probation Violation Petition X Supervised Release Violation ☐ Violation Notice

charging him or her with (brief description of offense)

Violation of conditions of supervised release.

☐ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

X in violation of the conditions of his or her supervision imposed by the court.

| J.T. NOBLIN | P. Stokes |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| CLERK, U.S. DISTRICT COURT | 4/22/08 at Gulfport, MS |
| Title of Issuing Officer | Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named individual at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |