AO 442 (Rev. 08/07) Warrant for Arrest

475000
0843-0422-0977-D

# UNITED STATES DISTRICT COURT

SOUTHERN District of MISSISSIPPI

UNITED STATES OF AMERICA

V.

CURTIS MILLER

## WARRANT FOR ARREST

Case Number: 1:00cr40WJG-JMR-02

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Curtis Miller _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court

☐ Pretrial Release Violation Petition  ☐ Probation Violation Petition  X Supervised Release Violation  ☐ Violation Notice

charging him or her with (brief description of offense)

Violation of conditions of supervised release.

☐ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

X in violation of the conditions of his or her supervision imposed by the court.

| J.T. NOBLIN | P. Stokes |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| CLERK, U.S. DISTRICT COURT | 4/22/08 at Gulfport, MS |
| Title of Issuing Officer | Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named individual at

Gulfport, MS

FILED
SOUTHERN DISTRICT OF MISSISSIPPI
MAY 12 2008
J.T. NOBLIN, CLERK
BY _____ DEPUTY

| DATE RECEIVED 4/22/08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 4/23/08 | Dick DUSM | [signature] |