UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

vs.                                            CRIMINAL NO. 1:00cr40-HSO-JCG-002

CURTIS MILLER

## **ORDER ALLOWING REMISSION OF FINE**

THIS CAUSE came on for consideration on the United States' Motion for Remission of Fine [100] in accordance with the provisions of 18 U.S.C. § 3573.

The Court has considered the Motion and finds that it is well-taken and should be granted.

WHEREFORE, PREMISES CONSIDERED, the unpaid portion of the fine imposed on January 9, 2001, is hereby remitted.

SO ORDERED, this the 18th day of April, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE